# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

IN THE MATTER OF THE SEARCH OF
THE PREMISES OF:

3010 N. 76th Street,
Kansas City, Kansas

Case No. 21-mj-08205-JPO

## SEARCH WARRANT

To:   Special Agents with Federal Bureau of Investigation (FBI) and any Authorized Officer of the United States

Affidavit(s) having been made before me by, FBI Task Force Officer (TFO) Ryan Padilla, who has reason to believe that on the premises known as:

**3010 N. 76th Street, Kansas City, Kansas. The structure is a two-story split-level duplex, gray in color with dark colored trim. The address, 3010 North 76th Street, is located on the north side of the duplex. 3010 North 76th Street, Kansas City, Kansas has a single car garage with stairs leading up to the front door of the residence.**

in the District of Kansas there is now concealed a certain person or property, namely:   **See Attachment A**

Which is evidence, fruits, and/or instrumentalities of violations of federal law, including, but not limited to, violations of Title 18 USC §§ 2113(a) and (d), that is bank robbery.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 10/12/21
(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this to Chief United States Magistrate James P. O'Hara as required by law.

IT IS FURTHER ORDERED that this Warrant/Order, the accompanying Application and Affidavit submitted in support thereof, as well as the Return of this Warrant/Order and any subsequent pleadings be filed under seal as they reveal an ongoing investigation. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation. I request these documents may be disclosed as required for discovery purposes without further order of this Court.

September 28, 2021   at   5:30 p.m.          Kansas City, Kansas
Date and Time Issued                          Location

Honorable James P. O'Hara
<u>Chief U.S. Magistrate Judge</u>
Name and Title of Judicial Officer

*James P. O'Hara*
Signature of Judicial Officer

| RETURN | | 21-8205-JPO |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 9/28/2021 | 9/28/2021  7:12 PM | ASHLEIGH DOWNS |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1 Black Glock 43 w/ magazine and ammo
1 pair red athletic shorts
US currency
US currency
1 pair black sweatpants
3 pairs of red athletic shorts

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/28/2021

_[signature]_
Executing Officer's Signature

Laura Ferguson, Special Agent, FBI
Printed Name & Title

3